FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUL -9 AM 9: 59
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA   *
    *
v.   *   CR 609-041
    *
JONATHAN LUTHER JONES   *

ORDER

Before the Court is Defendant Jonathan Luther Jones's motion for reconsideration of the Order of May 27, 2015, which denied his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) based upon Amendment 782 to the United States Sentencing Guidelines.

On February 17, 2010, Jones was sentenced upon his plea of guilty to two separate counts: (1) distribution of controlled substances within 1,000 feet of a school zone (the "drug charge"), and (2) possession of a firearm by a convicted felon (the "gun charge"). Jones was sentenced to serve 190 months on the drug charge and 120 months on the gun charge, with the sentences to run concurrently. (See Judgment and Conviction Order of Feb. 17, 2010, at 2, doc. no. 156.)

Amendment 782 to the United States Sentencing Guidelines implements a two-level offense level reduction to a majority of the offense levels assigned to the drug quantities set

forth in Section 2D1.1 of the Guidelines. U.S.S.G. App. C, amend. 782. However, Amendment 782 has no effect on the applicable guideline range; the guideline range that was used to determine the sentence relates to the gun charge because it produces the highest offense level of 37 yielding a guideline range of 188 to 235 months.[1] A sentence of 190 months was necessarily imposed to achieve the total punishment on both counts, see U.S.S.G. § 5G1.2, and the guideline range as it relates to the gun charge - 188 to 235 months - remains unchanged. Simply put, Amendment 782 does not change the appropriateness of the 190-month sentence. Thus, the Court correctly denied the § 3582(c)(2) motion.

Upon the foregoing, Jones's motion for reconsideration (doc. no. 200) is **DENIED.**

**ORDER ENTERED** at Augusta, Georgia, this \_\_\_9th\_\_\_ day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[1] By contrast, the drug charge only produced an offense level of 30.