FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 MAR 31 AM 9:57
CLERK CAdams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 609-041 |
| | * | |
| JONATHAN LUTHER JONES | * | |

# O R D E R

On October 19, 2015, this Court denied two motions filed by Defendant Jonathan Luther Jones which sought a sentence reduction under 18 U.S.C. § 3582(c)(2) based upon Amendment 782 to the United States Sentencing Guidelines. Jones filed a timely notice of appeal from the Order of October 19, 2015.

On December 21, 2015, Jones filed a "Motion for Transfer of Transcript of P.S.I. Record" for the benefit of his appeal to the Eleventh Circuit Court of Appeals. Jones's motion (doc. no. 215) is **DENIED AS MOOT**. Even though the Presentence Investigation Report ("PSI") is generally not docketed in a criminal case, it is a court record fully accessible to the appellate court upon request. Accordingly, should the Eleventh Circuit require Jones's PSI to adjudicate his appeal, the Clerk of Court will provide a copy upon request.

Further, this Court notes that Jones's appeal is manifestly without merit. This Court denied his original §

3582(c)(2) motion on May 27, 2015, and his motion for reconsideration on July 9, 2015, because the § 3582(c)(2) relief he seeks is simply not authorized by law. Jones failed to timely appeal the original decision. In filing the latest motions under different names,[1] Jones is simply trying to bootstrap an untimely appeal of his § 3582(c)(2) request to the Court's Order of October 19, 2015. In short, the Court finds that his appeal is not taken in good faith. See 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."). For this reason, Jones would not be entitled to any record or transcript without payment thereof.

**ORDER ENTERED** at Augusta, Georgia, this 31st day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The two motions were titled: (1) "Motion for Appointment of Counsel of '3582 Motion Drug Minus Two' 782 Amendment 'New Law' 1B1.10 § 994(o) U.S.S.G. Reduction"; and (2) "Motion for Reduction 3582 'Drug Minus Two' 782 Amendment of the "New Law' 1B1.1 § 994(o) November 1, 2015 (see 2D1.1) Level 34 Category (III) 188 to 235 Reduced to Level 31 Category III 135 -188 & To be Resentenced of 'New Law.'"

2