IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 609-041-2 |
| | * | |
| JONATHAN LUTHER JONES | * | |

O R D E R

In the captioned criminal matter, Defendant Jonathan Luther Jones has maintained that he is entitled to a sentence reduction based upon Amendment 782 to the United States Sentencing Guidelines. This Court denied his motion filed pursuant to 18 U.S.C. § 3582(c)(2) on May 27, 2015. The Court thoroughly explained its reasoning in its Order of July 9, 2015, which denied Defendant's motion for reconsideration. Undeterred, Defendant filed another motion on October 13, 2015, seeking a reduction based upon Amendment 782, together with a motion to appoint counsel. Both motions were denied on October 19, 2015. Defendant has appealed this decision to the Eleventh Circuit.

On April 19, 2016, Defendant filed a "Motion to Correct and Clarify Record Error, Judgements, and Orders" and another motion to appoint counsel. Defendant seeks a sentence reduction based upon Amendment 782 except this time he cites Federal Rule of Criminal Procedure 36 for the proposition that

this Court has twice denied his motion for sentence reduction based upon some clerical error on record.

The Court is unconvinced that there is a clerical error in the record. Indeed, the Court reviewed the Presentence Investigation Report with the United States Probation Office on its initial review of the matter and upon reconsideration. The reasoning behind the inapplicability of Amendment 782 cannot better be explained than it is in the Order of July 9, 2015. Simply put, this Court has concluded and holds firm that Defendant is not entitled to relief he seeks. Defendant is free to pursue his appeal of the issue to the Eleventh Circuit. In the meantime, this Court **DENIES** his Rule 36 motion (doc. 228) and his motion to appoint counsel (doc. 227).

**ORDER ENTERED** at Augusta, Georgia, this 4th day of August, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA