IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 609-041-2 |
| | * | |
| JONATHAN LUTHER JONES | * | |

### ORDER

On April 1, 2019, the Court denied Defendant Jonathan Luther Jones's motion to reduce sentence under 18 U.S.C. § 3582(c) pursuant to the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. Presently, Defendant has filed a "Motion for a More Define (sic) Statement and Clarification," taking issue with the Court's lack of explanation for denying a sentence reduction.

First, the Court issued its Order on a standard form previously provided by the Administrative Office of the United States Courts to efficiently and effectively handle the influx of § 3582(c) cases filed in response to the First Step Act. The United States Supreme Court found that the use of this form is generally sufficient to provide a "reasoned basis" for a judge's resentencing decision under § 3582(c). Chavez-Meza v. United States, --- U.S. ---, 138 S. Ct. 1959, 1964-66 (2018).

Second, the Court provided a sufficient reason for the denial on the second page of the Order of April 1, 2019, stating:

> The First Step Act of 2018 does not change the defendant's advisory guidelines as his advisory guidelines are based upon his conviction in Count 49, possession of a firearm by a convicted felon. Accordingly, the defendant is not eligible for a reduction of his sentence.

(Doc. 245, at 2, § III.) The Court realizes that Defendant may not have received this second page because it is typically sealed from public disclosure. Accordingly, the Clerk is directed to resend the Order of April 1, 2019 in its entirety to the direct attention of Defendant at his place of confinement.

Finally, Defendant's motion has prompted the Court to reexamine the correctness of its prior Order. Upon this review, and also having the benefit of the Government's thorough explanation in opposition to the motion, the Court hereby reaffirms that Defendant is not entitled to a sentence reduction pursuant to the First Step Act.

Upon the foregoing, Defendant's motion for a more definite statement and clarification (doc. 246) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of May, 2019.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```