**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

UNITED STATES OF AMERICA          *
                                  *
          v.                      *          CR 609-041-2
                                  *
JONATHAN LUTHER JONES             *

                    _____

                    **O R D E R**

                    _____


     Presently before the Court is Defendant Jonathan Luther Jones's motion for early termination of his six-year term of supervised release.  Jones has now served half of his supervisory term with no instances of non-compliance.  He is under the supervision of the United States Probation Office in the Middle District of Florida. Jones has maintained steady employment and a stable residence, and he has paid his financial obligations in full.  In the past week, he has tested negative on a drug screen.

     The Government opposes early termination.  Jones's supervising probation officer, however, maintains that he does not pose a risk of harm to the community and demonstrates an ability to lawfully manage himself beyond the period of supervision.  The probation officer has verified two letters of support from Jones's past and present employers.  The Court notes the probation officer's observation that Jones absented himself from the Southern District of Georgia to make a fresh start, and he has done so.

Upon consideration of Jones's conduct while on supervised release, the report of his supervising probation officer, and the applicable factors of 18 U.S.C. § 3553(a), the Court will **GRANT** the motion for early termination.[1] (Doc. 278.) **IT IS THEREFORE ORDERED** that Jonathan Luther Jones is discharged from his term of supervised release. The Clerk is directed to send a copy of this Order to Ms. Chudney N. Joseph, United States Probation Officer, Middle District of Florida.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of March, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]  The Clerk is directed to **TERMINATE AS MOOT** Defendant's earlier motion for termination of supervised release (doc. 275).

2